

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Carlo Michael Morelli, III, Appellant

No. 06-23-00035-CV          v.

Daniel J. Cates, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. PO-23-46104). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

    As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

    We note that the appellant, Carlo Michael Morelli, III, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 25, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk